UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 8:25-cv-02047-DFM | Date: | October 2, 2026 |
|---|---|---|---|
| Title | Joel Villanueva, Jr. v. General Motors LLC et al | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE**

On August 31, 2026, the Court entered an Order granting Defendant General Motors LLC's Motion for Judgment on the Pleadings. See Dkt. 29. The Court granted the Motion without leave to amend as to Plaintiff's second, third, and fourth causes of action and with leave to amend as to Plaintiff's first and fifth causes of action. See id. The Court directed that "Plaintiff may file a [First Amended Complaint] within thirty (30) days of this Order in accordance with this Order." Id. at 9-10. The Court specifically warned Plaintiff that "[f]ailure to file an FAC by the time specified herein will be construed as Plaintiff's intent to stand on the existing allegations and, accordingly, will result in entry of judgment dismissing this action with prejudice." See id.

Plaintiff's deadline to file a First Amended Complaint has now expired. As of the date of this Order, Plaintiff has not filed a First Amended Complaint, requested an extension of time in which to do so, or otherwise responded to the Court's Order (Dkt. 29).

A district court may dismiss an action for failure to prosecute. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-31 (1962).

Plaintiff is **ORDERED TO SHOW CAUSE**, in writing and no later than fourteen (14) days from the date of this Order, why this action should not be dismissed for failure to prosecute. The filing of a First Amended Complaint within the response period will discharge this Order to Show Cause, and no separate written response will be required. Alternatively, Plaintiff may file a written response setting forth good cause why this action should not be dismissed.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Plaintiff is cautioned that the failure to file either a First Amended Complaint or a written response within the time permitted will be deemed consent to dismissal of this action and will result in dismissal of this action without further notice. See L.R. 7-12.