JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOEL VILLANUEVA JR., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS LLC, a Delaware limited liability company, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: 8:25-cv-02047-DFM<br><br>HON. JUDGE DOUGLAS F. MCCORMICK<br><br>**[~~PROPOSED~~] ORDER DISMISSING CASE WITHOUT PREJUDICE** |

# **[~~PROPOSED~~] ORDER**

Plaintiff JOEL VILLANUEVA JR. (“Plaintiff”) and Defendant GENERAL MOTORS, LLC’s (“GM”) Stipulation to Dismiss Case Without Prejudice (“Stipulation”) is hereby granted.

**IT IS HEREBY ORDERED.**

The above-captioned case is hereby dismissed without prejudice and with waiver of attorneys’ fees and costs.

DATE: October 9, 2026

HON. JUDGE DOUGLAS F. MCCORMICK
UNITED STATES DISTRICT COURT